UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Aguilar-Olivas (1) ) <br> ) <br> Defendant(s) ) <br> _____ ) | 08CR2832-JM <br> CRIMINAL NO. 08MJ2391 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / **Order of Court**).

Delia Lopez-Leal
(at Casa San Juan)

DATED: 08-26-08

_____Ruben B. Brooks_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
              Deputy Clerk
              Maria J. Mirabella

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95