# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR2833-JM |
| Plaintiff ) | 08MJ2391 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Jesus Aguilar-Olivas (1) ) | Booking No. |
| Defendant(s) ) | |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / (Order of Court)).

Rodrigo Garcia-Carreja

(at GEO)

DATED: 08-26-08

_Ruben B. Brooks_
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _Maria_
~~Deputy~~ Clerk
Maria J. Nicabella

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

* U.S. GPO: 2003-581-774/70062